In the matter of the last will and testament of MORRIS ERNST TRIEBE, deceased.

[Argued May 23d, 1933. Decided September 27th, 1933.]

230

232

234

*Messrs. Kimmel & Kimmel,* for the appellants.

*Messrs. Hart & Vanderwart,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons stated in the conclusions of Vice-Ordinary Fielder.

*For reversal*—None.